JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARVIN LOUIS LOWERY, JR.,      ) Case No. CV 20-11807-ODW (JPR)
                               )
                Plaintiff,     )
                               )          **J U D G M E N T**
          v.                   )
                               )
CITY OF LOS ANGELES et         )
al.,                           )
                               )
                Defendants.    )
_____      )

     Pursuant  to  the  Order  Dismissing  Action  for  Failure  to
Prosecute, IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.

DATED: February 19, 2021      _____
                              OTIS D. WRIGHT II
                              U.S. DISTRICT JUDGE